Michael S. Agruss, Esq. (SBN 259567)  JS-6
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
BRENDA BLOUNT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BRENDA BLOUNT, | Case No.: 2:10-cv-06533-PA-AJW |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NATIONWIDE CREDIT, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

The Court retains jurisdiction for 30 days to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: 09/20/10

_____
The Honorable Judge
United States District Judge

1

**[PROPOSED] ORDER OF DISMISSAL**